IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMIKA BENSON MARSHALL,    )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      2:25cv88-MHT
                           )          (WO)
J AND J AMERICA, et al.,   )
                           )
     Defendants.           )
```

OPINION

Plaintiff filed this lawsuit asserting a variety of claims that appear to be related to her former employment.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with court orders. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.  As an additional ground for dismissal, the court notes that the court's March 13, 2025, order was mailed to plaintiff twice by

**certified mail and was returned by the post office undelivered each time. The first time the envelope was marked "unclaimed" and "unable to forward" (Doc. 10), and the second time was marked "refused" and "unable to forward" (Doc. 12). Thus, it appears the plaintiff has moved but failed to notify the court of her new address, or perhaps is simply not picking up or refusing to pick up the court's mail to her. This makes it impossible for the case to move forward, and further justifies dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute.**

**An appropriate judgment will be entered.**

**DONE, this the 8th day of May, 2025.**

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**